# EXHIBIT A

**Sanders, Andrew**

| | |
|---|---|
| From: | Richard Glassman <rglassman@gwtclaw.com> |
| Sent: | Tuesday, September 12, 2023 9:20 AM |
| To: | Sanders, Andrew |
| Cc: | Ed Wallis; Brian Garrott |
| Subject: | Consent Order of Dismissal (1).doc.proposed.lipman |
| Attachments: | Consent Order of Dismissal (1).doc |
| Follow Up Flag: | Follow up |
| Flag Status: | Completed |

[External Sender]

We propose this for the Memphis action.