# EXHIBIT C

## Sanders, Andrew

| | |
|---|---|
| **From:** | Sanders, Andrew |
| **Sent:** | Friday, September 15, 2023 8:45 AM |
| **To:** | Richard Glassman |
| **Cc:** | Ed Wallis; Brian Garrott; Patrick Papalia |
| **Subject:** | RE: Consent Order of Dismissal (1).doc.proposed.lipman |
| **Attachments:** | NASHVILLE-#1595702-v1-Consent_Order_Dismissal_(signed).DOC |

You can send the documents later. I've signed the attached – the order you proposed and will convey to the Court.

Andrew