IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**MEMPHIS BASKETBALL, LLC,**

        **Petitioner**

vs.                                      MISC. NO. 2:23-mc-00028

**SETON HALL UNIVERSITY, KEVIN WILLARD, TONY TESTA, DEJA CRAIG, JOHN OR JANE DOES 1-10,**

        **Respondents.**

### STIPULATION OF DISMISSAL

Pursuant to LR 83.13(b) and Fed. R. Civ. Pro. 41(a)(1)(A)(ii), the parties herein stipulate that they have resolved all matters before this Honorable Court.

APPROVED BY:

/s/ Richard Glassman
RICHARD GLASSMAN (TN # 7815)
EDWIN E. WALLIS III (TN # 23950)
BRIAN GARROTT (TN #39034)
Glassman, Wyatt, Tuttle & Cox, P.C.
26 North Second Street
Memphis, TN 38103
Telephone: (901) 527-4673
Fax: (901) 521-0940
Email: rglassman@gwtclaw.com
Email: ewallis@gwtclaw.com
Email: bgarrott@gwtclaw.com
***Attorneys for Memphis Basketball, LLC***

*/s/ Andrew B. Sanders*
ANDREW B. SANDERS (TN # 24690)
STITES & HARBISON, PLLC
6410 Poplar Ave., Ste. 180
Memphis, TN 38119
Telephone: (901) 866-8977
Fax: (901) 805-2226
Email: asanders@stites.com
***Attorney for Seton Hall Respondents***
227775321 v1