IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

**MEMPHIS BASKETBALL, LLC,**

       Petitioner

vs.

**SETON HALL UNIVERSITY, KEVIN WILLARD, TONY TESTA, DEJA CRAIG, JOHN OR JANE DOES 1-10,**

       Respondents.

MISC. NO. 2:23-mc-00028

---

### NOTICE OF SETTLEMENT

---

Pursuant to LR 83.13(a), the parties herein give notice of settlement in this matter, since they have resolved all matters before this Honorable Court.

APPROVED BY:


/s/ Richard Glassman
RICHARD GLASSMAN (TN # 7815)
EDWIN E. WALLIS III (TN # 23950)
BRIAN GARROTT (TN #39034)
Glassman, Wyatt, Tuttle & Cox, P.C.
26 North Second Street
Memphis, TN 38103
Telephone: (901) 527-4673
Fax: (901) 521-0940
Email: rglassman@gwtclaw.com
Email: ewallis@gwtclaw.com
Email: bgarrott@gwtclaw.com
***Attorneys for Memphis Basketball, LLC***

1596720:1

*/s/ Andrew B. Sanders*
ANDREW B. SANDERS (TN # 24690)
STITES & HARBISON, PLLC
6410 Poplar Ave., Ste. 180
Memphis, TN 38119
Telephone: (901) 866-8977
Fax: (901) 805-2226
Email: asanders@stites.com
***Attorney for Seton Hall Respondents***
227775321 v1