IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MEMPHIS BASKETBALL, LLC, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. 2:23-mc-00028-SHL-atc |
| SETON HALL UNIVERSITY, KEVIN WILLARD, TONY TESTA, DEJA CRAIG, JOHN OR JANE DOES 1-10, | ) ) ) ) |
| Respondents. | ) ) |

**AMENDED JUDGMENT**

**JUDGMENT BY COURT.** This action having come before the Court on Petitioner's Petition to Quash or Modify Respondents' Subpoena Duces Tecum, (ECF No. 1), filed July 25, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Consent Order of Dismissal, (ECF No. 28), filed September 26, 2023, all claims by Petitioner against Respondents are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

September 26, 2023
Date